FILED: October 18, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1962

(1:10-cv-02038-WDQ)

_____

BESSIE MILLER

        Plaintiff - Appellant

v.

BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS; KEVIN SEAWRIGHT, Special Assistant to the COO Baltimore City Public Schools System; JEROME JONES, Labor Relations Associate Baltimore City Public School System

        Defendants - Appellees

_____

O R D E R

_____

The court grants appellant's motion to file the opening brief a day out of time, and accepts the brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk